
RECEIVED
USDC WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE __10/2/08__

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CHAD LIGHTFOOT | CIVIL ACTION NO. 07-CV-1500 |
| VS. | JUDGE MELANÇON |
| TECHE FEDERAL BANK, ET AL | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that Lightfoot's complaint be stricken, and all pending motions are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of Court be ordered to take corrective measures in connection with docketing procedures so that, in the future, the Clerk complies with the directions of the Fifth Circuit "to return to Lightfoot, unfiled, any attempted submission inconsistent with this bar."

**THUS DONE AND SIGNED** at Lafayette, Louisiana this 2nd day of October, 2008.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE